UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                   CASE NO. 07 B 00746
   NATALIE SHARON MOYNIHAN
                                         CHAPTER 13

                                         JUDGE: A. BENJAMIN GOLDGAR
         Debtor
   SSN XXX-XX-3040
```

---
TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 01/16/07 and confirmed on 03/16/07.

2. The case was dismissed after confirmation, 01/30/2009.

3. The Debtor paid a total of $ 28300.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE HOME LOANS | CURRENT MORTG | 26495.48 | .00 | 26495.48 |
| COUNTRYWIDE HOME LOANS | MORTGAGE ARRE | .00 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 14848.31 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 820.75 | .00 | .00 |
| CASH TODAY INC | UNSECURED | NOT FILED | .00 | .00 |
| GINNYS | UNSECURED | 106.31 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 716.97 | .00 | .00 |
| ILLINOIS LENDING | UNSECURED | 1571.61 | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 1799.33 | .00 | .00 |
| LASALLE BANK | UNSECURED | NOT FILED | .00 | .00 |
| NEXTEL COMMUNICATIONS | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 990.82 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 2010.41 | .00 | .00 |
| QUERHAMMER & FLAGG | UNSECURED | 4242.23 | .00 | .00 |
| SPRINT NEXTEL | UNSECURED | 758.80 | .00 | .00 |
| SEVENTH AVENUE | UNSECURED | 167.65 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 582.93 | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 26495.48 | 14848.31 | 13767.81 | .00 | 55111.60 |
| PRINCIPAL PAID | 26495.48 | .00 | .00 | .00 | 26495.48 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 26495.48 | .00 | .00 | .00 | 26495.48 |

The Debtor's attorney, PETER FRANCIS GERACI          , was allowed $   3000.00 and was paid $   2000.00  direct and $    626.11  through the plan.

The Trustee received $   1178.41 .

Refunds to the Debtor totaled $        .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 03/11/09                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE